IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK & TERESA EDWARDS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:09cv968-CSC |
| | ) |
| BANK OF AMERICA HOME LOANS | ) |
| SERVICING, LP, a subsidiary of | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Upon consideration of the joint stipulation for dismissal (doc. # 26) filed on September 24, 2010, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED without prejudice, each party to bear its own costs. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 24th day of September, 2010.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE